

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Matter of the Marriage of Ronnie Maples and Loretta Maples

No. 06-21-00017-CV

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. FA-20-45002). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We note that the appellant, Ronnie Maples, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 12, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk